## Commonwealth *v.* Morris, Appellant.

Submitted April 9, 1973. *Daniel J. Ackerman*, Assistant Public Defender, and *Dante G. Bertani*, Public Defender, for appellant; *Albert M. Nichols*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ostrander, Appellant.

Submitted April 9, 1973. *John H. Corbett, Jr.,* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.